**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

AEE

FILED
FEBRUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 857

In the Matter of                                                           Case Number:
JEREMY BLOOM v. SUBURBAN COOK COUNTY
REGIONAL OFFICE OF EDUCATION, a body politic, and
CHARLES A. FLOWERS individually and as superintendent

**JUDGE KENDALL**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
 JEREMY BLOOM, Plaintiff

| NAME (Type or print) |
| --- |
| Donald H. Segel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Donald H. Segel |
| FIRM |
| Segel & Segel P.C. |
| STREET ADDRESS |
| 525 W. Monroe Suite 2360 |
| CITY/STATE/ZIP |
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2542897 | 312-628-8740 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐