## United States District Court for the Northern District of Illinois

Case Number: 08V857

Assigned/Issued By: · N·

Judge Name:

Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____    Receipt #: 1116672_____

Date Payment Rec'd: 2-11-08_____    Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

2  Original and  2  copies on  2-8-08  as to  suburban cook county
                               (Date)
regional office of education; charles a. flowers
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05