IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY BLOOM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 00857 |
| | ) | |
| v. | ) | The Honorable Virginia Kendall |
| | ) | Presiding |
| SUBURBAN COOK COUNTY | ) | |
| REGIONAL OFFICE OF EDUCATION, | ) | |
| a body politic, and CHARLES A. | ) | |
| FLOWERS individually and as | ) | |
| Superintendent, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Donald H. Segel
Segel & Segel, P.C.
525 West Monroe, Suite 2360
Chicago, Illinois 60661

    Please take notice that on February 29, 2008, I filed Defendants' <u>Answer to Plaintiff's First Amended Complaint</u> with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, via Electronic Case Filing (ECF).

    Respectfully Submitted,

    RICHARD A. DEVINE
    State's Attorney of Cook County

By: /s/ Pavlina Kochankovska
    Attorney # 6270914
    Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    (312) 603-6512

## CERTIFICATE OF SERVICE

    I, Pavlina Kochankovska, Assistant State's Attorney, hereby certify that on February 29, 2008, I filed Defendants' <u>Answer to Plaintiff's First Amended Complaint</u> and that the individuals listed above were served via Electronic Case Filing (ECF).

    By: /s/ Pavlina Kochankovska
        Pavlina Kochankovska