IN THE
UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEREMY BLOOM, ) | |
| Plaintiff, ) | |
| v. ) | No.  08 cv 00857 |
| ) | |
| SUBURBAN COOK COUNTY ) | Judge  Kendall |
| REGIONAL OFFICE OF EDUCATION, ) | |
| a body politic, And CHARLES A. ) | Magistrate Denlow |
| FLOWERS individually ) | |
| and as superintendent ) | |
| ) | |
| Defendants. ) | |

## INITIAL JOINT STATUS REPORT

NOW COMES the Plaintiff, Jeremy Bloom and Defendants Suburban Cook County Regional Office of Education and Charles A. Flowers by their attorneys and in accordance with Judge Kendall's February 11, 2008 order hereby files this initial joint status report:

1. **ATTORNEYS OF RECORD:**

   Plaintiff's Attorneys: Donald H. Segel, SEGEL & SEGEL, P.C.

   Defendants' Attorneys: Pavlina Kochankovska, Assistant States Attorney of Cook County

2. **BASIS OF JURISDICTION:**

   Title VII and Section 1981, 42 U.S.C. § 1981, and 28 U.S.C. §§ 1331 and 1343, as well as 42 U.S.C. § 1983.

3. **NATURE OF THE CLAIMS:**

   The lawsuit arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, as amended by the Civil Rights Act of 1991 ("Title VII"), for Defendant's alleged discrimination against Mr. Bloom in violation of Title VII. In addition the lawsuit also arises under 42 U.S.C. § 1983 for Mr. Bloom's alleged unlawful discharge "because of his political beliefs" in violation of the First

Amendment. This lawsuit also arises under Section 1981 of the Civil Rights Act of 1981, 42 U.S.C. § 1981, for the Defendant's alleged discrimination against Mr. Bloom because of his race.

4. **SERVICE:**

   All parties have been served and have appeared.

5. **PRINCIPAL LEGAL ISSUE:**

   A.  Whether Plaintiff was discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991

   B.  Whether Plaintiff was unlawfully discharged as a result of his political beliefs in violation of 42 U.S.C. § 1983.

   C.  Whether Plaintiff was discriminated against as a result of his race (Caucasian) in violation of Section 1981 of the Civil Rights Act of 1981.

6. **PRINCIPAL FACTUAL ISSUES:**

   Whether the actions taken by Defendants constituted discrimination against Plaintiff.

7. **JURY TRIAL:**

   Plaintiff requests trial by jury.

8. **DISCOVERY:**

   Plaintiff has filed written discovery.

9. **ANTICIPATED TRIAL DATE AND LENGTH OF TRIAL:**

   Unknown at this time

10. **CONSENT TO PROCEED BEFORE THE MAGISTRATE:**

    No

11. **SETTLEMENT DISCUSSIONS:**

    Plaintiff is agreeable to having settlement discussions.

                                                    Respectfully submitted,
                                                    JEREMY BLOOM

BY: _____
SEGEL & SEGEL, P.C.,
Attorneys for the Plaintiff


SUBURBAN COOK COUNTY REGIONAL
OFFICE OF EDUCATION

BY: _____
Assistant States Attorney


SEGEL & SEGEL, P.C.
525 West Monroe, #2360
Chicago, IL 60661
(312) 628-8740