UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jeremy Bloom
                Plaintiff,

v.                                           Case No.:
                                           1:08−cv−00857
                                           Honorable Virginia M. Kendall

Suburban Cook County Regional Office of Education, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Initial Status hearing held on 4/16/2008. Fact Discovery ordered closed 8/14/2008. Dispositive motions with supporting memoranda due 9/18/2008; responses due 10/16/2008; replies due 10/30/2008. Status hearing set for 8/18/2008 at 09:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.