IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY BLOOM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 00857 |
| | ) | |
| v. | ) | The Honorable Virginia Kendall |
| | ) | Presiding |
| SUBURBAN COOK COUNTY | ) | |
| REGIONAL OFFICE OF EDUCATION, | ) | |
| a body politic, and CHARLES A. | ) | |
| FLOWERS individually and as | ) | |
| Superintendent, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO ENLARGE DISCOVERY

NOW COME the Plaintiff, Jeremy Bloom, by his attorney, Donald H. Segel, and Defendants, Suburban Cook County Regional Office of Education and Charles A. Flowers, through their attorney, Richard A. Devine, Cook County State's Attorney, by Pavlina Kochankovska, Assistant State's Attorney, and respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time in which to complete discovery.  In support of said Joint Motion, the parties state the following:

1.  On February 11, 2008, Plaintiff filed his First Amended Complaint against Defendants in the U.S. District Court for the Northern District of Illinois.
2. Defendants filed their Answer on February 29, 2008.
3. On April 16, 2008, after an initial status hearing, this Court ordered fact discovery closed on August 14, 2008, with dispositive motions due September 18, 2008.
4. Since the last status before this Court, the parties have been diligently proceeding with written discovery.
5. Defendants served Plaintiff with Defendants' First Set of Interrogatories to Plaintiff and Defendants' First Set of Document Requests by hand delivery on July 9, 2008.

6. Defendants have been unable to schedule Plaintiff's deposition in this matter as they have not yet received Plaintiff's written discovery responses.

7. Counsel for Defendants will require time to review the answers to discovery in preparation for Plaintiff's deposition.

8. In addition, the attorneys have been unable to schedule depositions in this matter, despite their best efforts, due to a number of existing and emergent litigation obligations.

9. This is the parties' first request for an extension of time.

10. This joint motion is being made in good faith and will not unduly prejudice either party by such motion being granted.

WHEREFORE, both parties respectfully request that this Court extend the discovery deadline by ninety (90) days, to and including November 12, 2008.

Respectfully Submitted,

/s/ Donald H. Segel
Attorney #

Donald H. Segel
Segel & Segel
525 West Monroe, Suite 2360
Chicago, Illinois 60661
(312) 628-8740

/s/ Pavlina Kochankovska
Attorney # 6270914

Pavlina Kochankovska
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6512