IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY BLOOM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 00857 |
| | ) | |
| v. | ) | The Honorable Virginia Kendall |
| | ) | Presiding |
| SUBURBAN COOK COUNTY | ) | |
| REGIONAL OFFICE OF EDUCATION, | ) | |
| a body politic, and CHARLES A. | ) | |
| FLOWERS individually and as | ) | |
| Superintendent, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Donald H. Segel
      Segel & Segel, P.C.
      525 West Monroe, Suite 2360
      Chicago, Illinois 60661

**PLEASE TAKE NOTICE** that on August 18, 2008, at 9:00 a.m, or as soon after as counsel may be heard, I shall appear before the Honorable Judge Kendall, or any judge sitting in her stead at the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago Illinois, and present the attached **Joint Motion to Enlarge Discovery**, a copy having been served upon you.

**Respectfully Submitted,**
RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ Pavlina Kochankovska
      Attorney # 6270914
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, Illinois 60602
      (312) 603-6512

## CERTIFICATE OF SERVICE

I, Pavlina Kochankovska, Assistant State's Attorney, hereby certify that on August 12, 2008, I filed **Joint Motion to Enlarge Discovery** and that the individual listed above was served via Electronic Case Filing (ECF).

By:   /s/ Pavlina Kochankovska
      Pavlina Kochankovska