# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jeremy Bloom

                        Plaintiff,

v.                                            Case No.: 1:08−cv−00857

                                                           Honorable Virginia M. Kendall

Suburban Cook County Regional Office of Education, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Status hearing held. Motion hearing held. The joint motion for extension of time to complete discovery[12] is grnated. All discovery shall be completed by 11/12/2008. Dispositive motions with supporting memoranda due by 12/10/2008. Responses due by 1/14/2009. Replies due by 1/28/2009. Court will rule by mail. Jury Trial set for 7/6/2009 at 09:15 AM. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.